No. 644. H. W. GOSSARD CO. *v.* LOEBER'S, INC. January 13, 1941. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Seventh Circuit denied. Messrs. *Hugh M. Morris, Frederic Burnham,* and *Donald Malcolm* for petitioner. Messrs. *Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.